ᴢF 028
(Rev. 11/04/2019)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 26 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

PRISONER CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Karteau O. Jenkins #106102
(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

1:20-CV-1482-CAP-CMS

-vs-

United STATES- William T Moore,
Brent Minton, Noah Abrams, William Turner
Frank Pennington, Christopher Ray, G R Smith
(Enter above the full name of the defendant(s).)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I. **Previous Lawsuits**
A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)   No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Agent Brent Minton CNT of Savannah

1

LF 028
Rev. 11/04/2019

  Defendant(s): _Brent Minton_

2.  Court (name the district):
  _United STATES District Court for the Southern district of Georgia, Savannah district_

3.  Docket Number: _CV 419-131_

4.  Name of judge to whom case was assigned: _Judge STAN Baker_

5.  Did the previous case involve the same facts?

  Yes (✓)  No ( )

6.  Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
  _Still Pending_

7.  Approximate date of filing lawsuit: _October 2019_

8.  Approximate date of disposition: _N-A_

## II. Exhaustion of Administrative Remedies

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Place of Present Confinement: _Liberty County Jail_

B.  Is there a prisoner grievance procedure in this institution?

  Yes (✓)  No ( )

C.  Did you present the facts relating to your complaint under the institution's grievance procedure?

  Yes ( )  No (✓)

D.  If your answer is YES:
  1.  What steps did you take and what were the results?
   _Filed with Southern district of Georgia, Denial_

LF 028
Rev. 11/04/2019

    2.    If your answer is NO, explain why not: __Not a institution issue__

### III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: __Karteau Omar Jenkins__

Address(es): __180 Paul Sikes Drive Hinesville Georgia 31313__

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): __Brent Minton, Judge William T moore, Magistrate Judge, James E Graham, Christopher L Ray, G.R Smith, Frank Pennington, Noah Abrams, Judge Timothy R Walmsley and others__

Employed as __United States Judges, Magistrate Judges of Souther District of Georgia. Superior Court Judge of Chatham County, GNT Agent, United States Attorney__

at __Souther district of Georgia Savannah division, Savannah CNT, Superior Court of Chatham County GA__

### IV. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

(✓) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
State and Federal officials

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?
Federal and State

V.  **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

( ) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
(✓) Other *(explain)*  Convicted but Not Sentenced

VI. **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Georgia State officials used a Convicted murderer that have a life Sentence, Gang member with no Fourth amendment rights inorder to manipulate Constitutional rights of Mr Jenkins. Agent Brent Minton of Savannah CNT as offiant on wiretap orders related to My Jenkins Sealed Case 16090811a Filed applications for wiretap orders Judge Timothy Walmsley approved. Within the order Statements of why this Invasive method is Needed agent Minton alleged that Mr Allen a gang member that have No respect for police So it would be dangerous to introduce a CI, also Mr Allen is being investigated for two murder for hire cases at the same time Mr Allen is in the Georgia prison System with a life Sentence for Murder See wiretap afidavit #9 Filed Feb 17, 2017, #12 Filed March 15, 2017 of Sealed Case #16090811a Note unable to send copies Judges refuse to allow me to have important parts of discovery. Intergovernmental Concern was Not with the Protection of the public, The Concern was how to get past the strict Compliance orders Congress placed in 1968 of wiretap orders. The unconstitutional malicious actions of Agents, Judges, and prosecutors abandond

abandond the Fundamental protection of the Constitution, and deceived the citizens of Georgia. To hinder the unlawful action of the state violations The case was handed to the Federal government along with Prosecutor Noah Abram as a special prosecutor, a more money favor. CJA appointment of Counsel For Mr Jenkins was Attorney William Turner Mr Turner has no ethical value, we never went over the case together I've only seen video or audio at trial (emphasis added). August 22, 2018 Doc. 428 Federal case 4:17-Cr-208 the government respond to a suppress wiretap motion (Doc 339) page 1 (3) The defendant has Failed to establish a reasonable expectation of privacy, Commonly Know as Standing (2) Defendant Failed to comply with Fed R Crim P12 and 47 (1) The defendant has failed to comply with SDGA LCrR 12.1;. Mr Jenkins Filed Several motions about Mr Turner poor performance and Judges Graham, Smith Ray and moore of the southern district of Georgia overlooked the Fundamental break down between Attorney Turner and Mr Jenkins. ignoring the attorney that Never went over the case with his client. At the same time grievances were filed to the state bar on his actions were denied because items needed to prove my point Attorney Turner held from me as well as the court. Some of the issues were filed in Complaint on Judge Moore July 2019 Yet Aug 2019 Judge moore held trial prejudicing my Fundamental Constitutional rights through comments He made at Tatonya Hailes Sentencing. The southern district are washing each other honds and are above the law

VII. **Injuries**
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

VIII. **Relief**
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Mr Jenkins is requesting 100,000 inorder to retain an attorney that is able to protect the unlawful actions of the Chatham county, Southern district of Georgia. Mr Jenkins was Force to use an attorney with poor performance, Forced to trial knowing no evidence, and Forced to trial with a Judge that used Negative Comments at a hearing of a Co. defendant about Mr Jenkins. The Court derailed from its standing that is Contrary to legislative intent. An investigation of the unlawFul actions and ill intention of all parties involved. Chatham County Case No 160908112, Southern district "savannah" CR417-208 show malicious prosecution, Selective prosecution, and misuse of Judicial power. Remove any and all tapes of Mr Jenkins personal phone calls made outside of Judge Timothy Walmsley Jurisdiction of chatham county. My private conversations should not have been used in any court

proceeding. This selective and vindictive prosecution has been unlawful. To force Mr Jenkins to go to trial with a person he fear was a improper joinder. Mr Jenkins should have been protected as well the public. From further crimes of Eugene Allen.

Signed this __18__ day of ~~March~~ May, 20__20__.

_Karleaw O Jenkins_
Signature of Plaintiff

**STATE OF** Georgia
**COUNTY (CITY) OF** Hinesville

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** ~~March~~ May 18 2020
(Date)

_Karleaw O Jenkins_
Signature of Plaintiff

## Affidavit

I Karleau O. Jenkins certify under the penalty that the foregoing is true and correct. The Southern district of Georgia has continued to impede justice. To control the out come in other courts The Southern district hinder all production by not allowing me a copy of my discovery, affidavits, and wiretap orders. Attorney Turner, the unethical attorney appointed to me has been more government friendly than client. I am forced to continue with out copies of important documents and I pray the court does not prejudice me any further for things I have tried to change, including filing motion to proceed pro se as well ending in denial, see Southern District case 4:17 cr 208

Respectfully submitted,
KARLEAU JENKINS
May 21, 2020



